BRETT A. SHUMATE  
Assistant Attorney General  
Civil Division  
ALEXANDRA MCTAGUE SCHULTE  
Senior Litigation Counsel  
ALESSANDRA FASO, IL Bar No. 6326883  
Acting Assistant Director  
e-mail: alessandra.faso@usdoj.gov  
United States Department of Justice  
Civil Division  
Office of Immigration Litigation  
General Litigation & Appeals Section  
P.O. Box 868, Ben Franklin Station  
Washington, DC 20044  
Phone: (202) 405-7728  
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**  
**DISTRICT OF OREGON**  
**PENDLETON DIVISION**

| | |
|---|---|
| EKATERINA ATANASSOVA JELIAZKOVA,<br><br>               Plaintiff,<br><br>v.<br><br>MARCO RUBIO,<br>*in his official capacity as U.S. Secretary of State*, et al.,<br><br>               Defendants. | Case No.: 2:25-cv-01222-HL<br><br>**UNOPPOSED MOTION FOR A STAY OF DEFENDANTS' ANSWER DEADLINE IN LIGHT OF LAPSE OF APPROPRIATIONS** |

**MOTION**

Defendants hereby move for a stay of their October 20, 2025, deadline to answer or otherwise respond to Plaintiff's Complaint in the above-captioned case. In compliance with Local Rule 7-1(a)(1), undersigned counsel conferred with counsel for Plaintiff, who indicated that Plaintiff does not oppose the instant motion.

**MEMORANDUM IN SUPPORT OF MOTION TO STAY**

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including the federal Defendants. The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees of the federal Defendants are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of the Defendants' October 20, 2025, deadline to answer or otherwise respond to Plaintiff's Complaint until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

Unopposed Motion For a Stay of Defendants'
Answer Deadline in Light of Lapse of
Appropriations

5.      Opposing counsel has authorized counsel for the Government to state that the Plaintiff has no objection to this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of the October 20, 2025, deadline to answer or otherwise respond to Plaintiff's Complaint in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: October 1, 2025                                  Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ALEXANDRA MCTAGUE SCHULTE
Senior Litigation Counsel

By: */s/ Alessandra Faso*
ALESSANDRA FASO
IL Bar No. 6326883
Acting Assistant Director
United States Department of Justice
Civil Division
Office of Immigration Litigation
General Litigation & Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Phone: (202) 405-7728
Fax: (202) 305-7000
e-mail: alessandra.faso@usdoj.gov

*Attorneys for Defendants*

Unopposed Motion For a Stay of Defendants'
Answer Deadline in Light of Lapse of
Appropriations

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2025, a true and correct copy of the foregoing document was electronically filed using CM/ECF for the District of Oregon, which will provide electronic notice and an electronic link to this document to all attorneys of record.

By: /s/ *Alessandra Faso*
ALESSANDRA FASO
Acting Assistant Director
United States Department of Justice
Civil Division